IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00736 |
| MAIN STREET PLAZA, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, MAIN STREET PLAZA, LTD., with Prejudice.

Respectfully submitted this 1st day of December, 2020

                                              Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ _____
                                              Douglas S. Schapiro, Esq.
                                              State Bar No. 54538FL
                                              The Schapiro Law Group, P.L.
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on December 1, 2020 upon all counsel or parties.

/s/ _____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL